# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-01821-JLS |
| Plaintiff, | **ORDER EXTENDING SELF-SURRENDER DATE TO JULY 8, 2022 and CONTINUING STATUS HEARING** |
| vs. | |
| CORA GARCIA (2), | |
| Defendant. | |

Good cause shown in defendant Cora Garcia's unopposed motion, the Court modifies the self-surrender order by extending it from June 3, 2022 to July 8, 2022, before 12 noon. Defendant shall file an acknowledgment of the new self-surrender date.

IT IS FURTHER ORDERED that the Status Hearing re: Self-Surrender/Bond Exoneration shall be continued from June 10, 2009 to July 15, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 31, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20 CR 1821 JLS